IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AARON EUGENE NEWSOME,**

      **Plaintiff,**

v.                                              **Case No.  4:14cv612-MW/GRJ**

**M. CLEMMONS, et al.,**

      **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.    The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted and for abuse of judicial process.  Although the dismissal is without prejudice, the

1

dismissal shall operate as a "strike" pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on June 5, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
